```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY, PEERLESS INSURANCE
COMPANY, SAFECO CORPORATION, AND
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

                Plaintiffs,          MEMORANDUM OPINION
                                     AND ORDER

         -against-                   11 Civ. 5484  (MGC)

                                     09 MD 2072  (MGC)


GOLDMAN, SACHS & CO.,

                Defendant.

----------------------------------X

APPEARANCES:

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        Attorneys for Plaintiffs
        800 LaSalle Avenue
        2800 LaSalle Plaza
        Minneapolis, Minnesota 55402
        By:  Thomas B. Hatch, Esq.
             James R. Safley, Esq.


        SIMPSON THACHER & BARTLETT LLP
        Attorneys for Defendant
        425 Lexington Avenue
        New York, New York 10017
        By:  Jonathan K. Youngwood, Esq.
             Craig S. Waldman, Esq.
```

**Cedarbaum, J.**

Defendant's motion to dismiss plaintiffs' federal securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, is granted with leave to file a Second Amended Complaint by June 5, 2012.  A Second Amended Complaint should allege sufficient facts to make it plausible that defendant had ultimate authority over the alleged misrepresentations in the Series Z Offering Circular.  In addition, a Second Amended Complaint should state with particularity the facts that show that defendant intentionally misrepresented its knowledge of the capitalization of Freddie Mac or the facts that show that defendant recklessly ignored such knowledge.  I reserve decision on defendant's motion to dismiss plaintiffs' state law claims.

SO ORDERED.

Dated:   New York, New York
         May 2, 2012

S/_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge