UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(TRANSFERRED FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS)

| | |
|---|---|
| Liberty Mutual Insurance Company, Peerless Insurance Company, Employers Insurance Company of Wausau, Safeco Corporation, and Liberty Life Assurance Company of Boston,<br><br>Plaintiffs,<br><br>v.<br><br>Goldman, Sachs & Co.,<br><br>Defendant. | Case No. 11-cv-05484-MGC<br>ECF Case<br><br>Case No. 09-md-02072- MGC<br>ECF Case |

## NOTICE OF DISMISSAL OF COUNT I- 10(b) and 10(b)(5) CLAIM

Now come the Plaintiffs Liberty Mutual Insurance Company, Peerless Insurance Company, Employers Insurance Company of Wausau, Safeco Corporation, and Liberty Life Assurance Company of Boston (collectively, "Plaintiffs") pursuant to Fed. R. Civ. P. 41(a)(1)(i) and dismiss Count I - Violation of Section 10(b) of its Third Amended Complaint. Plaintiffs dismiss Count I only, and do not dismiss any of the remaining Counts of the Third Amended Complaint.

Dated: September 19, 2012

Respectfully submitted,

Liberty Mutual Insurance Company,
Peerless Insurance Company,
Employers Insurance Company Of Wausau,
Safeco Corporation, and Liberty Life
Assurance Company of Boston

By their attorneys:

/s/ Christopher P. Sullivan

Christopher P. Sullivan, Esq. (#CS9922)
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston St., 25th Floor
Boston, MA 02199-7610
Phone:  617-267-2300
Fax:    617-267-8288
cpsullivan@rkmc.com

Thomas B. Hatch, Esq. (*pro hac vice*)
James R. Safley, Esq. (*pro hac vice*)
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

-3-

## CERTIFICATE OF SERVICE

I, Christopher P. Sullivan, hereby certify that on September 19, 2012, I caused the attached to be served First-Class Mail and Electronic Mail upon counsel of record.

/S/Christopher P. Sullivan
Christopher P. Sullivan

35462105.1